UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAG. CT. NO. |
| | : | |
| v. | : | |
| | : | UNDER SEAL |
| JARRON ADAMS, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S MOTION TO SEAL THE INDICTMENT AND
TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS
MOTION TO SEAL AND RELATED MATTERS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to seal the accompanying indictment, the instant motion to seal and proposed order, and to delay entry on the public docket of this motion to seal and all related matters, including the arrest warrant. In support of this motion, the government states as follows:

The defendant is a target of an ongoing criminal investigation of Possession with Intent to Distribute and Distribution of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii) and 841(b)(1)(C), and Engaging in the Business of Dealing Firearms Without a License, in violation of Title 18, United States Code, Section 922(a)(1)(A). The defendant has not been taken into custody. The government is requesting that the indictment and arrest warrant be sealed to permit law enforcement an opportunity to locate the defendant and take him into custody. The sealing is necessary because the indictment would inform the defendant that he has been charged with multiple offenses in the United States District Court for the District of Columbia based upon a covert criminal investigation. Disclosure of the indictment and arrest warrant in the public records will hinder law enforcement's efforts to

apprehend the defendant and the disclosure may encourage the defendant to flee, or destroy or conceal evidence.

Additionally, it is common practice for individuals to check the court's electronic filing system known as PACER or the public record in the Criminal Clerk's office to ascertain whether the government has filed any pleadings under seal in certain cases. Consequently, public notice of the filing of the sealed pleadings or proceedings, itself, may compromise any ongoing criminal investigation that would stem from this case.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the Indictment but also delaying the public docketing of the filing of these sealed pleadings and the accompanying order. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).

WHEREFORE, it is respectfully requested that this motion be granted.

    Respectfully submitted,

    RONALD C. MACHEN JR.
    United States Attorney
    D.C. Bar No.  447-889

By: _____
    Karla-Dee Clark
    Assistant United States Attorney
    D.C. Bar No.  435-782
    555 4th Street, N.W., Room 4826
    Washington, D.C. 20530
    (202) 252-7740
    Karla-dee.clark@usdoj.gov